———————————————

RECORD NO. 25-1775
———————————————

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
———————————————

ADAMS OUTDOOR ADVERTISING, L.P.,

*Plaintiff-Appellee*,

v.

YORK COUNTY; RACHEL GROTHE, York County Zoning and Development Standards Administrator; JOSH REINHARDT, York County Development Services Manager,

*Defendants-Appellants*.

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

———————————————

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

———————————————

The Appellants York County, Rachel Grothe, and Josh Reinhardt move this Court, pursuant to Rule 31(a), FRAP, and Local Rule 31(c), for a 14-day extension until September 2, 2025, to file the Appellants' Opening Brief and Joint Appendix.

1

This motion is based on the following grounds:

1. Based upon the current briefing order, the Opening Brief of Appellants and the Joint Appendix are due to be filed by August 18, 2025.

2. The undersigned counsel for the Appellants requires additional time to prepare the Opening Brief and Joint Appendix. In early July, the undersigned's wife had an accident resulting in a fractured left foot and a broken right ankle which required surgery. As a result, she has been essentially immobile and house-bound with the undersigned being her sole caregiver. Because of this, the undersigned counsel, being a sole-practitioner, has gotten behind on his workload and will not be able to complete this brief by the current deadline.

3. Counsel for the Appellee has consented to the requested extension which is documented by an exchange of email. Counsel for the Appellee also requests that the remaining briefing order deadlines be extended by fourteen days which has been agreed to by the parties.

4. No prior extensions have been requested by the Appellants for the Opening Brief and Joint Appendix.

WHEREFORE, the Appellant York County, Rachel Grothe, and Josh Reinhardt request that the Court grant an extension until September 2, 2025, for the filing and service of the Appellants' Opening Brief and Joint Appendix.

LINDEMANN LAW FIRM, P.A.

BY: *s/ Andrew F. Lindemann*
    ANDREW F. LINDEMANN
    5 Calendar Court, Suite 202
    Post Office Box 6923
    Columbia, South Carolina 29260
    (803) 881-8920

    MICHAEL K. KENDREE, SR.
    York County Attorney
    YORK COUNTY ATTORNEY'S OFFICE
    26 West Liberty Street
    Post Office Drawer 299
    York, South Carolina 29745
    (803) 684-4851

*Counsel for Appellants*

August 12, 2025

3

_____

## CERTIFICATE OF SERVICE

_____

I hereby certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send such filing to the following registered CM/ECF users:

Jeffrey S. Tibbals, Esquire
Evan P. Williams, Esquire
Bybee & Tibbals, LLC
Email: jst@bybeetibbals.com
Email: ewilliams@bybeetibbals.com

Michael K. Kendree, Sr., Esquire
York County Attorney
York County Attorney's Office
Email: michael.kendree@yorkcountygov.com

         *s/ Andrew F. Lindemann*